STATE OF NEW JERSEY v. MICHAEL ANTHONY JONES.

November 1, 1983.

Petition for certification denied.


STATE OF NEW JERSEY v. JOSEPH DE LEO.

November 1, 1983.

Petition for certification denied.


NEW JERSEY SPORTS & EXPOSITION AUTHORITY v.
BOROUGH OF EAST RUTHERFORD.

November 1, 1983.

Petition for certification denied.


MINDY ROSEN v. BOARD OF EDUCATION OF THE CITY
OF BAYONNE.

November 1, 1983.

Petition for certification denied.